## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08V1466         Assigned/Issued By: J.N.

Judge Name: GETTLEMAN        Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☑ No Fee    ☐ Other _____
              ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____            ☐ Other
       *(Type of Writ)*                 _____
                                        _____
                                        *(Type of issuance)*

1  Original and  0  copies on  3-12-08  as to  DEFENDANT
                              *(Date)*