AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United States of America

v.

Irma Melendez

CASE NUMBER: **08 C 1466**

JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

Defendant.

TO: (Name and address of Defendant)

Irma Melendez – Reg. No. 18760-424
USP Hazelton
1640 Sky View Drive
Bruceton Mills, WV 26525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pamela Grewal
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044-0055
(202) 307-6403

an answer to the complaint which is served on you with this _____20_____ days after of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

DATE

March 12, 2008
Date

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | | DATE 4/18/08 |
| NAME OF SERVER (PRINT) John Hale | | TITLE DUSM |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: USP Hazelton (Femule)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $70.70 | SERVICES $90.00 + $3. — | TOTAL $163.70 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/08
             Date

Signature of Server

USMS N/WV
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.