IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHEN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>              Plaintiff,                            )<br>                                                              )<br>        v.                                                 )<br>                                                              )<br>IRMA MELENDEZ, individually,         )<br>d/b/a/ Income Tax Service,                  )<br>                                                              )<br>              Defendant.                         )<br>_____) | Civil No. 1:08-cv-01466 |

## NOTICE OF APPEARANCE

Please enter the appearance of the below-named individual as attorney for the United States of America in the above referenced proceeding and forward notices of hearings, pleadings and papers filed to the undersigned at the address listed below.

      PATRICK FITZGERALD
      United States Attorney


      /s/  *Lisa  L. Bellamy*

      LISA L. BELLAMY
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 55, Ben Franklin Station
      Washington, D.C.  20044
      Telephone: (202) 307-6416
      (202) 514-5238 (fax)
      E-mail: lisa.l.bellamy@usdoj.gov

CERTIFICATE OF SERVICE

I CERTIFY that on June 9, 2008, I electronically filed the foregoing United States' Notice of Appearance with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties registered to receive electronic notification. I have mailed by First Class United States mail, postage prepaid, the foregoing document to the following non-CM/ECF participants: None

Parties may access this filing through the Court's CM/ECF System.

/s/ *Lisa L. Bellamy*
LISA L. BELLAMY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel.: (202) 307-6416
Fax: (202) 514-5238
*e-mail:* Lisa.L.Bellamy@USDOJ.gov